Submitted on remand from the Oregon Supreme Court October 29, convictions affirmed; remanded for resentencing December 8, 1993

## STATE OF OREGON,
*Respondent,*

*v.*

## CODY HOWARD JOHNSON,
*Appellant.*

(91C-20029; CA A71708)

863 P2d 1316

Sally L. Avera, Public Defender, and David C. Degner, Deputy Public Defender, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Janie M. Burcart, Assistant Attorney General, filed the brief for respondent.

Before Richardson, Chief Judge, and Deits and Durham, Judges.

PER CURIAM

## PER CURIAM

The Supreme Court remanded this case for us to reconsider our previous opinion, *State v. Johnson (A71708)*, 117 Or App 529, 844 P2d 935 (1992), in the light of Oregon Laws 1993, chapter 692, section 2, which amended ORS 138.222(5). We remand the entire case for resentencing. *State v. Dvorak*, 124 Or App 578, 863 P2d 1314 (1993).

Convictions affirmed; remanded for resentencing.